No. 84–40.   TALIKKA, GUARDIAN OF THE ESTATE OF BALDAUF *v.* OHIO DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, SECTION OF REIMBURSEMENT SERVICES, ET AL. Appeal from Ct. App. Ohio, Lake County, dismissed for want of

substantial federal question.